# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 25-3231

**Case Name** Alaska Industrial Development & Export Authority v. Gwich'in Stee

**Counsel submitting this form** Brook Brisson

**Represented party/parties** Appellants Gwich'in Steering Committee, et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

The U.S. Department of the Interior (Department) canceled seven leases held by the Alaska Industrial Development and Export Authority (AIDEA) on the Coastal Plain of the Arctic National Wildlife Refuge. The Department based its cancellation decision on findings that there were substantial legal errors with the underlying Coastal Plain Oil and Gas Leasing Program that the leases were issued pursuant to. The Department invoked the Secretary's inherent authority to cancel leases that were issued unlawfully. AIDEA challenged the lease cancellation decision in U.S. District Court.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The U.S. District Court ruled narrowly, deciding only one claim raised by AIDEA (Count IV). The Court held that the Department did not use the proper procedure to cancel AIDEA's leases. Specifically, the Court held that pursuant to 43 C.F.R. 3136.3(b), the Department needed to obtain a court order to cancel AIDEA's leases. Because the Department canceled the leases without a court order, the Court vacated the lease cancellation decision.

The main issue on appeal is whether 43 C.F.R. 3136.3(b) applies to the Secretary's cancellation of AIDEA's leases to correct legal error.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Today, May 27, 2025, is the deadline for Federal Defendants to file a notice of appeal. Appellant-Intervenor-Defendants Native Village of Venetie, et al., filed a notice of appeal on May 22, 2025.

There are also four pending cases in the U.S. District Court for the District of Alaska that challenge the underlying Coastal Plain Leasing Program, including a lawsuit brought by Appellants. Those cases are: Gwich'in Steering Committee v. Burgum, Case No. 3:20-vc-00204-SLG (D. Alaska 2020); Native Vill. of Venetie Tribal Gov't v. Burgum, Case No. 3:20-cv-00223-SLG (Alaska D. Ct.); Nat'l Audubon Soc'y v. Burgum, Case No. 3:20-cv-00205-SLG (Alaska D. Ct.); State of Wash. v. Burgum, Case No. 3:20-cv-00224-SLG (Alaska D. Ct.).

**Signature** s/Brook Brisson    **Date** 5/27/25

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

2