

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Appellate Section*   *Telephone (202) 307-2710*
*P.O. Box 7415*   *Facsimile (202) 514-3393*
*Ben Franklin Station*
*Washington, DC 20044*

June 6, 2025

**FILED VIA CM/ECF**

Molly C. Dwyer
Clerk, U.S. Court of Appeals for the 9th Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: US Court of Appeals for the Ninth Circuit, Nos. 25-3231, 25-3344
*Alaska Industrial Development and Export Authority v. Gwinch'in Steering Committee, et al.* and *Alaska Industrial Development and Export Authority v. Native Village of Venetie Tribal Government, et al*

Dear Ms. Hamilton:

  The caption in the above-listed appeals presently includes as "defendants" the U.S. Department of the Interior, Doug Burgum, in his official capacity as U.S. Secretary of the Interior, the U.S. Bureau of Land Management, and the Director of the U.S. Bureau of Land Management (collectively "Federal Defendants"). The Federal Defendants, however, are parties to the original action, and hereby respectfully request to be designated as defendant-appellees in the above-captioned appeals.

             Respectfully submitted,

             */s/ Thekla Hansen-Young*
             Counsel for Federal Defendants-Appellees

cc: All counsel via CM/ECF