Nos. 25-3231, 25-3344

_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,
Plaintiff-Appellee,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al,
Federal Defendants-Appellees

and

GWICH'IN STEERING COMMITTEE, et al,
Intervenors-Defendants-Appellants,

_____

On Appeal from the U.S. District Court
for the District of Alaska (No. 3:24-cv-51-SLG)

_____

**UNOPPOSED MOTION FOR 7-DAY EXTENSION OF
REPLY IN SUPPORT OF MOTION TO DISMISS APPEALS FOR LACK
OF APPELLATE JURISDICTION**

---

The Defendants-Appellees, by their attorney, respectfully file this motion

pursuant to Fed. R. App. P. 26(b), for an extension of time of 7 days in which to file

their reply in support of their motion to dismiss in the above-captioned consolidated

cases, to and including August 15, 2025. The reply is currently due on August 8, 2025.

The Court may grant a motion for an extension of time upon a showing of

good cause. Fed. R. App. P. 26(b). There is good cause for the requested extension of

-1-

time, as follows. It will not be possible for undersigned counsel to file the Defendants-Appellees' reply under the current deadline, despite the exercise of diligence. Undersigned counsel has been recovering from surgery on July 25, 2025, and that has prevented counsel from preparing the reply. Additionally, pressing professional obligations have required and will continue to require substantial time and attention, with undersigned counsel having spent significant time managing an active docket of cases.

The requested extension is also necessary to accommodate the review period required for federal approval of the reply the Defendants-Appellees will file. Principal drafting must occur well before the filing deadline to accommodate the review, involvement, and approval by several components, including the trial section and the Office of the Assistant Attorney General within the Environment and Natural Resources Division of the Department

Undersigned counsel conferred with counsel for the Plaintiff-Appellee, who indicated that Plaintiff-Appellee does not oppose the request. Undersigned counsel also conferred with counsel for the Intervenors-Defendants-Appellants, who indicated that Intervenors-Defendants-Appellants do not oppose the request.

For all these reasons, the requested extension should be granted, making the deadline for the reply due on August 15, 2025.

Respectfully submitted,

s/ Thekla Hansen-Young

-2-

August 15, 2025

THEKLA HANSEN-YOUNG
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 7415
Washington, DC 20044
(202) 307-2710
thekla.hansen-young@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit via the appellate CM/ECF system. The parties, or their counsel will be served electronically by that system.

/s/ Thekla Hansen-Young
THEKLA HANSEN-YOUNG
Counsel for Federal Defendant-Appellees

## CERTIFICATE OF COMPLIANCE

This filing complies with Rule 27(d) of the Federal Rules of Appellate Procedure, as the document contains 280 words according to the count of Microsoft Word and has been prepared in a proportionally spaced typeface using Garamond 14 pt.

/s/ Thekla Hansen-Young
THEKLA HANSEN-YOUNG
Counsel for Federal Defendant-Appellees